In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-096 CR


____________________



CHRISTOPHER DEWAYNE OOTEN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court 


Jefferson County, Texas


Trial Cause No. 90411






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Christopher Dewayne Ooten,
to withdraw his appeal. See Tex. R. App. P. 42.2. A request to dismiss the appeal is signed
by appellant personally and by counsel of record. No opinion has issued in this appeal. The
motion is granted, and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered May 16, 2007

Do not publish

Before McKeithen, C.J., Kreger and Horton, JJ.